

**SO ORDERED.**

**SIGNED this 27 day of September, 2011.**

                                                                    _James P. Smith_
                                                                    **JAMES P. SMITH**
                                                       **UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

IN RE:                                                                                          CHAPTER 11

2E Corporation

Debtor(s)                                                                           Case Number 11-53032 JPS

**ORDER**

The above-captioned Debtor having filed a petition under Chapter 11 of the Bankruptcy Code, it is ordered as follows:

(1)

Within 30 days of the date of the Order for Relief in this case, the Debtor-In-Possession shall file with the Clerk of this Court a complete inventory of the property of the Debtor in accordance with Bankruptcy Rule 2015(a)(1).

(2)

The reports and summaries required by § 704(8) of the Bankruptcy Code and Rule 2015(a)(3) shall be filed with the Clerk of this Court by the 20th day of every month and copies are to be served as required by § 704(8) of the Bankruptcy Code.

END OF DOCUMENT